# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE ROSS | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 19-4663 |
| v. | : | |
| | : | |
| JUDGE DANIEL MCCAFFERY, *et al.*, | : | |
| | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 24th day of January 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation, ("R&R) of Thomas J. Rueter, United States Magistrate Judge, [ECF 7], and Petitioner's objections thereto, [ECF 8], it is hereby **ORDERED** that because the claims are premature and have not been exhausted in state court:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **SUMMARILY DISMISSED**;

2. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE**, as unexhausted in the state courts; and

3. A certificate of appealability is <u>not</u> granted.

                         **BY THE COURT:**

                         */s/ Nitza I. Quiñones Alejandro*
                         **NITZA I. QUIÑONES ALEJANDRO**
                         *Judge, United States District Court*